UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIC MAESTAS,        ) | No. EDCV 11-1756 UA (FFM) | |
| Plaintiff,     ) | | |
| v.               ) | ORDER TO SHOW CAUSE | |
| HENRY PROVENCHER, et al.,  ) | | |
| Defendants.    ) | | |

On October 27, 2011, plaintiff lodged a *pro se* complaint pursuant to 42 U.S.C. § 1983, along with an application to proceed without prepayment of full filing fee. On November 16, 2011, the Court filed its order denying plaintiff's request to proceed without payment of full filing fee and granting plaintiff thirty days leave within which to file an amended complaint accompanied by written authorization for disbursements from plaintiff's prison trust account. On November 29, 2011, plaintiff requested an extension of time to file his amended complaint and related *in forma pauperis* documentation. The Court granted plaintiff's request for an extension of time on December 19, 2011.

On January 9, 2012, plaintiff filed his amended complaint along with the *in forma pauperis* documentation. However, plaintiff included with his filing a document that stated that unless the Court waived any payment toward the filing fee, plaintiff did not wish to proceed with his complaint. Plaintiff is advised that, because he is a

prisoner, the Court is prohibited by statute from waiving payment of the filing fee. If the Court grants plaintiff's application to proceed without prepayment of full filing fee, plaintiff is merely excused from paying the full fee in advance. Plaintiff is nonetheless required to make monthly payments on the fee until it is paid in full. In this regard, 28 U.S.C. § 1915(b)(1) provides, in part:

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of –
>
> **(A)** the average monthly deposits to the prisoner's account; or
>
> **(B)** the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
>
> **(2)** After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Therefore, pursuant to 28 U.S.C. § 1915, if the Court grants plaintiff's request to proceed without prepayment of full filing fee, the Court will assess an initial partial filing fee of $13.23 and, each month thereafter, 20 percent of plaintiff's preceding month's income credited to his prisoner's account.

///

1       Given the foregoing, it appears that plaintiff does not wish to pursue his
2 complaint. However, in order to avoid any ambiguity, the Court orders plaintiff to
3 show cause within 15 days of the date of this order why this action should not be
4 dismissed because plaintiff does not wish to make the aforementioned monthly
5 payments toward the full filing fee. If plaintiff does not respond to this order to show
6 cause, the Court will assume that plaintiff does not wish to pursue this action.

8 Dated:   January 13, 2012

10                                   /S/ FREDERICK F. MUMM
11                                 FREDERICK F. MUMM
                                  United States Magistrate Judge